UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **5:26-cv-01144-JWH-ACCV** | Date: | March 19, 2026 |
|---|---|---|---|

Title:   ***C.S.M. v. Ruby Hernandez, et al.***

Present: The Honorable   Angela C. C. Viramontes, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):    ORDER GRANTING PETITION FOR
APPOINTMENT OF M.P.S.M. AS GUARDIAN AD
LITEM FOR PETITIONER C.S.M.**

Before the Court is the Petition of Petitioner C.S.M. for the appointment of Next Friend M.P.S.M. as guardian ad litem for C.S.M. in this matter.  (ECF No. 8.)

Rule 17(c) of the Federal Rules of Civil Procedure authorizes the appointment of a guardian ad litem.  A guardian ad litem need not possess any special qualifications but must "be truly dedicated to the best interests" of the person on whose behalf the guardian seeks to litigate. *AT&T Mobility, LLC v. Yeager*, 143 F.Supp. 3d 1042, 1053-54 (E.D. Cal. 2015).  This means that the guardian ad litem cannot face an impermissible conflict of interest with the ward, and courts consider the candidate's "experience, objectivity, and expertise" or previous relationship with the ward.  *Id.* at 1054 (citations omitted).

The court must appoint a guardian ad litem, or issue another appropriate order, to protect a minor or incompetent person who is unrepresented in an action.  Fed. R. Civ. P. 17(c)(2). Federal courts have broad "power to appoint a special representative for a minor" under the Rule. *Elliott v. Versa CIC, L.P.*, 328 F.R.D. 554, 556 (S.D. Cal. 2018).  "As a general matter, the decision whether to appoint a guardian ad litem is 'normally left to the sound discretion of the

trial court.' "  *Id.* (quoting *United States v. 30.64 Acres of Land*, 795 F.2d 796, 804 (9th Cir. 1986)).

The Petition states that C.S.M. is fourteen years old.  (ECF No. 8.)  M.P.S.M. is Petitioner's biological sister, "personally knows C.S.M.[,]" and has "some significant relationship to" C.S.M.  (ECF No. 8 at 1.); *see* (ECF No. 1-1.)  M.P.S.M. is also aware of the circumstances that led to C.S.M.'s detention, is dedicated to acting in C.S.M.'s best interests, has no interests adverse to C.S.M., and is willing to serve as the guardian ad litem for C.S.M.  (ECF No. 8 at 1-2.); *see* (ECF No. 1-1.)

The Court has reviewed the Petition, and good cause appearing, appoints M.P.S.M. as guardian ad litem for Petitioner C.S.M. solely for purposes of this action.

**IT IS SO ORDERED.**