UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| Case No. | 5:26-cv-01144-JWH-ACCV | Date | March 20, 2026 |
|---|---|---|---|
| Title | *C.S.M. v. Ruby Hernandez et al.* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|

| Clarissa Lara | Court Smart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Stephanie Periban | Alexander Layne Farrell, AUSA |
| Caitlin Jolley | |

**Proceedings:   HEARING RE PETITIONER'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER [2]**

Counsel state their appearances.  The Court confers with counsel and hears oral argument.  For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1.      Petitioner's *Ex Parte* Application [ECF No. 2] is **GRANTED.**

2.      Respondents are **DIRECTED** to release C.S.M. into the custody of M.P.S.M. **FORTHWITH.**

3.      Respondents are **DIRECTED** no later than March 24, 2026, to file a Status Report advising the Court regarding the outcome of the DNA test and the outcome of any other investigation concerning the Application.

4.      The parties are **GRANTED** leave to file any supplemental briefing in support of, or in opposition to, the issuance of a preliminary injunction, due no later than 9:00 a.m. on March 26, 2026.

Time:  00:49
Initials of Preparer: cla

5.      A Preliminary Injunction hearing is **SET** for March 27, 2026, at 8:30 a.m.

**IT IS SO ORDERED.**

Time:  00:49

Initials of Preparer: cla