# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

C.S.M., a minor, By and Through M.P.S.M., as Next Friend of Minor,

Petitioners,

v.

RUBY HERNANDEZ, Federal Field Specialist, Office of Refugee Resettlement; NIKY HYMEL, Federal Field Specialist Supervisor, Office of Refugee Resettlement; ANDREW GRADISON, Assistant Secretary of the Administration of Children and Families; ANGIE SALAZAR, Acting Director of the Office of Refugee Resettlement; and ROBERT F. KENNEDY, Secretary of the U.S. Department of Health and Human Services,

Respondents.

Case No.  5:26-cv-01144-JWH-ACCV

**ORDER VACATING PRELIMINARY INJUNCTION HEARING**

Honorable John W. Holcomb
United States District Judge

Case No. 5:26-cv-01144-JWH-ACCV

The Court, having considered the Parties' Joint Stipulation to vacate the preliminary injunction hearing, and all other matters properly presented to the Court, and finding good cause therefore, it is hereby **ORDERED** as follows:

1.    The Joint Stipulation is **GRANTED**.

2.    The preliminary injunction hearing scheduled for March 27, 2026, at 8:30 a.m. is **VACATED**.

3.    The Court will not enter a preliminary injunction in this matter at this time.

4.    Pursuant to General Order No. 05-07, further proceedings on the merits of C.S.M.'s Petition are **REFERRED** to the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated:   March 26, 2026

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE