UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | |
|---|---|---|
| Case No. | **5:26-cv-01144-JWH-ACCV** | Date: April 20, 2026 |
| Title: | ***C.S.M. v. Ruby Hernandez et al.*** | |

Present: The Honorable     Angela C. C. Viramontes, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE: STATUS CONFERENCE (May 6, 2026 at 10:00 a.m.)**

The parties are ordered to show cause at the status conference why the preliminary relief entered by the district court should not be converted immediately to a final judgment on the merits for the same reasons and on the same terms provided in the order granting preliminary relief. *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 56(f); cf. Fed. R. Civ. P. 65(a)(2).

The status conference is set for **May 6, 2026, at 10:00 a.m**., to be held via Zoom. The parties may obtain the Zoom access information by visiting the Court's procedures page for the Honorable Angela C. C. Viramontes at https://apps.cacd.uscourts.gov/Jps/honorable-angela-c-c-viramontes

The parties may discharge this show-cause order by filing a stipulation and proposed judgment granting the 28 U.S.C. § 2241 petition for the same reasons and on the same terms already provided in the district court's order granting preliminary relief no later than May 4, 2026. If the parties file a stipulation and

proposed judgment granting the petition, the parties do not have to appear at the May 6, 2026, status conference.

Nothing in the stipulation and proposed judgment, once entered, should or will be deemed a waiver on appeal of the government's existing documented arguments or positions in this case opposing the granting of federal habeas relief for the reasons and on the terms provided in the order rejecting those arguments or positions and granting preliminary relief.

Otherwise, failure to appear at the status conference as ordered or to be prepared to participate in good faith at the conference may lead to sanctions or contempt proceedings.  *See*, *e.g.*, <u>Fed. R. Civ. P. 16(f)</u>, <u>37(b)(2)(A)</u>, and 41(b); L.R. 41-1, 41-5.

**IT IS SO ORDERED.**