# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S.M.,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RUBY HERNANDEZ, *et al.*,<br><br>　　　　Respondents. | Case No. 5:26-cv-01144-JWH-ACCV<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1.    The findings and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2.    A writ of habeas corpus is **ISSUED** prohibiting the re-detention of Petitioner C.S.M. absent compliance with procedural protections and compliance with relevant regulations discussed herein and declaring that Respondents violated C.S.M.'s procedural due process rights.

3.    Judgment shall issue **GRANTING** the Petition.

**IT IS SO ORDERED.**

Dated:    June 2, 2026

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

2