JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

C.S.M.,

       Petitioner,

    v.

RUBY HERNANDEZ, *et al.*,

       Respondents.

Case No. 5:26-cv-01144-JWH-ACCV

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the petition under 28 U.S.C. § 2241 is **GRANTED**, with no further proceedings, consistent with the reasons and findings set forth in the May 13, 2026, Report and Recommendation of United States Magistrate Judge.  (Dkt. No. 27.)

**IT IS SO ORDERED.**

Dated:     June 2, 2026

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

2